FILED
CLERK, U.S. DISTRICT COURT

SEP 21 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT SEALS, JR<br><br>    Defendant. | CASE NO. 08-CR-160-GW<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (X)  the appearance of defendant as required; and/or

    (B)  (  )  the safety of any person or the community.

//

//

```
1            The court concludes:
2   A.   ( )  Defendant poses a risk to the safety of other persons or the community
3            because defendant has not demonstrated by clear and convincing
4            evidence that:
5   _____
6   _____
7   _____
8   _____
9
10  (B)  (X)  Defendant is a flight risk because defendant has not shown by clear
11            and convincing evidence that:
12           defendant will appear for proceeding
13  _____
14  _____
15  _____
16
17       IT IS ORDERED that defendant be detained.
18
19
20
21  DATED: 5·21·12
22
23
24                                   HONORABLE JAY C. GANDHI
                                     UNITED STATES MAGISTRATE JUDGE
25
26
27
28
                                    2
```